# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | Ebone Leroy East ; Shamika S. Byrd | **Defendant(s):** | State of Arizona ; Department of Child Safety ; Leticia Frausto |
| County of Residence: Maricopa | | County of Residence: Maricopa | |
| County Where Claim For Relief Arose: Maricopa | | | |

Plaintiff's Atty(s):

Defendant's Atty(s):

**Lisa Marie Hemann**
**Office of the Attorney General**
**1275 West Washington Street**
**Phoenix, Arizona  85007**
**602-542-8346**

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

        Plaintiff:- **N/A**
        Defendant:- **N/A**

| | |
|---|---|
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI. Cause of Action: | **Plaintiffs claim that State Defendants violated their rights under the First, Fourth, Fifth and Fourteenth Amendments of the Constitution.** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **An amount to be determined by the Court and nominal damages of one dollar.** |
| Jury Demand: | **Yes** |

VIII. This case **is not related** to another case.

---

**Signature:  Lisa M. Hemann**

**Date:  05/31/2017**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014